**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark L. Boys, husband and Connie L. Boys, wife,<br><br>    Plaintiffs,<br><br>v.<br><br>Pine-Strawberry Fire District,<br><br>    Defendant. | No. CV-06-1242-PHX-SMM<br><br>**ORDER** |

    Due to a conflict in the Court's calendar and on the Court's own motion,

    **IT IS ORDERED resetting** the Settlement Conference from April 30, 2007 to **Tuesday, May 8, 2007 at 2:00 p.m.**

    **IT IS FURTHER ORDERED affirming** all Orders contained within the Court's Settlement Conference Order (docket #17) except for the date and time of said settlement conference.

    DATED this 4th day of April, 2007

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge