**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark L. Boys, husband, and Connie L. Boys, wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Pine Strawberry Fire District,<br><br>　　　　　Defendant. | No. CV-06-1242-PHX-SMM<br><br>**ORDER** |

Having considered the parties' stipulation that the Settlement Conference currently scheduled for May 8, 2007, before Magistrate Judge Lawrence O. Anderson be vacated (Doc. 19) and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference scheduled for May 8, 2007 is vacated as the parties proceed to pursue private mediation in this matter.

**IT IS FURTHER ORDERED** that the parties shall file with the Court a status report no later than **Friday, June 15, 2007.**

DATED this 23rd day of April, 2007.

_____
Stephen M. McNamee
United States District Judge