**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark L. Boys, husband, and Connie L. Boys, wife,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>Pine Strawberry Fire District,<br><br>　　　　Defendant. | No. CV-06-1242-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is the parties' Joint Stipulated Motion to Enlarge to File the Proposed Case Management Plan from September 10, 2007 to September 14, 2007 (Doc. 40) The parties submitted to the Court that this extension is necessary in light of the fact that negotiations between both parties have been ongoing and have reached a critical stage. It is hoped that with a few additional days, the parties will be able to reach an agreement. Thus, good cause appearing,

**IT IS HEREBY ORDERED** continuing the time in which the parties are to file the Proposed Case Management Plan from September 10, 2007 to **12:00 p.m. on September 14, 2007.**

DATED this 31st day of August, 2007.

_____
Stephen M. McNamee
United States District Judge