1    **WO**

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6                  FOR THE DISTRICT OF ARIZONA

7    Mark L. Boys, husband, and Connie L.)      No. CV-06-1242-PHX-SMM
     Boys, wife                           )
8                                         )      **ORDER**
                   Plaintiffs             )
9                                         )
          v.                              )
10                                        )
     Pine Strawberry Fire District,       )
11                                        )
                   Defendant.             )
12   _____ )

13          Currently pending before the Court is the parties' Joint Stipulated Motion for Extension

14   of Time to file their Proposed Case Management Plan (currently due September 14, 2007 at

15   noon) and participate in a Scheduling Conference (currently scheduled for September 17, 2007

16   at 10:00 a.m.).  The parties submitted to the Court that this extension is necessary in light of the

17   fact that significant additional settlement progress has been made since the time of the parties'

18   initial Joint Stipulated Motion for Extension of Time on August 31, 2007.  It is hoped that with

19   an additional thirty (30) days, the parties will be able to reach an agreement. Thus, good cause

20   appearing,

21          **IT IS HEREBY ORDERED** continuing the time in which the parties are to file the

22   Proposed Case Management Plan from September 14, 2007 at noon to **Thursday, October 25,**

23   **2007**, and the time for the Scheduling Conference in this matter from September 17, 2007 at

24   10:00 a.m. to **November 1, 2007, at 4:00 p.m.**

25          DATED this 13th day of September, 2007.

26

27

28
                                         Stephen M. McNamee
                                         United States District Judge