**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark L. Boys, husband, and Connie L. Boys, wife,<br><br>        Plaintiffs<br><br>  v.<br><br>Pine Strawberry Fire District,<br><br>        Defendant. | No. CV-06-01242-PHX-SMM<br><br>**ORDER** |

Having received Defendant's Notice of Settlement, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, November 23, 2007** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Tuesday, December 11, 2007 at 4:00 p.m.** If the stipulation is received by **Friday, November 23, 2007**, the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that the Preliminary Hearing scheduled for **October 31, 2007, at 10:00 a.m.** is hereby **VACATED**.

DATED this 25th day of October, 2007.

Stephen M. McNamee
United States District Judge