**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark L. Boys, husband, and Connie L. Boys, wife,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>Pine Strawberry Fire District,<br><br>　　　　Defendant. | No. CV-06-1242-PHX-SMM<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation with Prejudice [Doc.47] filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 47], and this matter is **dismissed with prejudice**. Each party to bear its own costs and attorneys' fees incurred herein.

　　　　**IT IS FURTHER ORDERED** that the Status Conference scheduled for **Tuesday, December 11, 2007 at 4:00 p.m.** is hereby **VACATED**.

　　　　DATED this 21st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge